FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 0 8 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona
RAYNETTE M. LOGAN
Assistant United States Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Milo Patricio Franco,

Defendant.

CR-22-1475-PHX-DWL (MTM)

**INDICTMENT**

VIO: 18 U.S.C. §§ 1153 and 113(a)(1)
(CIR-Assault with Intent to Commit Murder)
Count 1

18 U.S.C. §§ 1153 and 113(a)(3)
(CIR-Assault with a Dangerous Weapon)
Count 2

18 U.S.C. §§ 1153 and 113(a)(6)
(CIR-Assault Resulting in Serious Bodily Injury)
Count 3

18 U.S.C. § 924(c)(1)(A)
(Use of a Firearm During a Crime of Violence)
Count 4

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 10, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant MILO PATRICIO FRANCO, an Indian, did intentionally and knowingly assault H.L., with intent to commit murder.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

## COUNT 2

On or about June 10, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant MILO PATRICIO FRANCO, an Indian, did intentionally and knowingly assault H.L., with a dangerous weapon, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 3

On or about June 10, 2022, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, Defendant MILO PATRICIO FRANCO, an Indian, did intentionally, knowingly, and recklessly assault H.L., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 4

On or about June 10, 2022, in the District of Arizona, Defendant MILO PATRICIO FRANCO did knowingly use and discharge a firearm during and in relation to a crime of violence, that is, Assault with Intent to Commit Murder and Assault with a Dangerous Weapon, as alleged in Counts 1 and 2 of this Indictment, respectively, felonies prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: November 8, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

RAYNETTE M. LOGAN
Assistant U.S. Attorney

- 2 -